# United States District Court
WESTERN DISTRICT OF WASHINGTON

SEAN THOMAS ROOKE

JUDGMENT IN A CIVIL CASE

v.

ELDON VAIL, *et al.,*

CASE NUMBER: C11-5235BHS

__ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The R & R is **ADOPTED**; and

This action is **TRANSFERRED** to the United States District Court for the District of Arizona.


April 27, 2011              WILLIAM M. McCOOL
Date                        Clerk

                            *s/CM Gonzalez*
                            Deputy Clerk